# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| ELLA J. FAUSZ, individually, and on behalf of a class of similarly situated persons, | } } } | |
| | } | Cause No. 3:15-cv-00145-CRS |
| Plaintiffs, | } } | |
| v. | } } | |
| NPAS, INC. | } } | |
| Defendant. | } } | |

---

## NOTICE TO TAKE DEPOSITION

---

**PLEASE TAKE NOTICE** that on March 25, 2016, at 1:00 p.m. prevailing local time, the Plaintiff, Ella J. Fausz, by counsel, will take the deposition of Defendant, NPAS, Inc., at the office of the undersigned, on the following matters: (1) the facts alleged in the complaint; (2) the factual bases supporting the defenses in NPAS' answer; (3) NPAS' relationship and agreements with the original creditor, Springfield Hospital / Community Mercy Health Partners; (4) NPAS' discovery responses, including the use of codes therein; (5) NPAS' collection of the accounts at issue in this litigation, including that of Ella Janie Fausz; (6) NPAS' communications with the named Plaintiff and the members of the putative class; (7) NPAS' debt collection and compliance policies and procedures; (9) NPAS' financial statements and net worth; and (10) NPAS' relative success in collecting debts for which NPAS complies with the Fair Debt Collection Practices Act and debts for which it does not so comply, including those at issue in this litigation.

Said deposition will be taken by stenographic method and/or videographic means and shall be used for all purposes permitted by the Federal Rules of Civil Procedure, including use as evidence at the trial of this action. The deposition will be considered ongoing in nature and will continue from day to day until completed, legal holidays and weekends excluded.

Respectfully submitted,

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR
9900 Corporate Campus Drive
Suite 3000
Louisville, Kentucky 40223
Phone | Fax: (502) 822-2500
ztaylor@taylorlawcenter.com

## CERTIFICATE OF SERVICE

It is hereby certified a true and correct copy hereof will be electronically transmitted to all counsel of record on this the 9th day of March, 2016 via the Court's ECF/CM filing system.

*/s/ Zachary L. Taylor*