ABOUT US | SERVICES | PATIENTS & VISITORS | NEWS & EVENTS | EMPLOYMENT | FOUNDATION | FIND A PHYSICIAN

# Living Our Mission and Values.

CMHP | Mission & Values

**Mission & Values**

**Overivew**

Spiritual Care

Ethics Committee

Community Benefit Report

Ethical & Religious Directives

## Overview

The mission of Community Mercy Health Partners is to carry out the Mercy Health mission within our community by providing safe, effective, patient/resident-centered, timely and cost efficient care and education to meet the health needs of all people, especially the poor and underserved. Our commitment to this healing ministry will be evidenced by exceptional care, compassion and respect for the diverse religious beliefs and faith traditions of those we serve.

### Mercy Health Mission Statement

Mercy Health extends the healing ministry of Jesus by improving the health of our communities with emphasis on people who are poor and underserved.

### Community Mercy Health Partners Vision Statement

Community Mercy Health Partners is a comprehensive, integrated regional healthcare system, renowned for our quality, innovation, compassionate service, and culture.

### Our Core Values

Community Mercy Health Partners demonstrates behaviors reflecting our core values of compassion, excellence, human dignity, justice, sacredness of life and service.

### Together We Commit To:

- **Compassion**: Our commitment to serve with mercy and tenderness.
- **Excellence**: Our commitment to be the best in the quality of our services and the stewardship of our resources.
- **Human Dignity**: Our commitment to value the diversity of all persons and to be respectful and inclusive of everyone.
- **Justice**: Our commitment to act with integrity, honesty and truthfulness.
- **Sacredness of Life**: Our commitment to reverence all life and creation.
- **Service**: Our commitment to respond to those in need.

Disclaimer | Privacy Statement | Notice of Privacy Practices | Conflict of Interest | Site Map
© 2016 Catholic Health Partners. Last Modified 7/29/2014. Ehealthconnection.com is a community service of Catholic Health Partners.

**EXHIBIT C**