UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| ELLA J. FAUSZ, individually, and on behalf of a class of similarly situated persons,<br><br>   Plaintiffs,<br>v.<br><br>NPAS, INC.<br><br>   Defendant. | }<br>}<br>}<br>}   Cause No. 3:15-cv-00145-CRS-DW<br>}<br>}<br>}<br>}<br>}<br>} |

_____

**PLAINTIFF'S RESPONSE TO NPAS' MOTION
FOR ORAL ARGUMENT**
_____

Plaintiff has no objection to Defendant's motion for oral argument on its motion for summary judgment.

Respectfully submitted,

*/s/ Zachary L. Taylor*
ZACHARY L. TAYLOR
2815 Taylorsville Road, Suite 102
Louisville, Kentucky 40205
Phone | Fax: (502) 822-2500
ztaylor@taylorlawcenter.com

NINA COUCH
Couch Law, PLLC
2815 Taylorsville Road, Suite 101
Louisville, Kentucky 40205
Phone: (502) 550-4933
Email: couchlawpllc@gmail.com

## **CERTIFICATE OF SERVICE**

    It is hereby certified a true and correct copy hereof will be electronically transmitted to all counsel of record on this the 10th day of November 2016 via the Court's ECF/CM filing system.

                                                    */s/ Zachary L. Taylor*