UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ELLA J. FAUSZ, individually,
and on behalf of a class of similarly situated persons,

                                                     CASE NO.: 3:15-cv-00145-CRS

                Plaintiffs,

     vs.

NPAS, Inc.,

                Defendant.

## <u>DEFENDANT NPAS, INC.'S MOTION TO FILE DOCUMENTS UNDER SEAL</u>

Defendant NPAS, Inc. ("NPAS"), moves pursuant to Local Rule 5.7 that the Court permit it to file its Partial Objection to Order Dated January 13, 2017, as well as the supporting Memorandum and exhibits, under seal. As reason for granting the motion, NPAS states that the motion and supporting memorandum refer to documents which have been designated as "Confidential," under a Confidentiality Agreement between the parties. A copy of the Confidentiality Agreement is attached as Exhibit A.

Under Paragraph 6 of the Confidentiality Agreement, confidential documents and pleadings which refer to confidential documents must be filed under seal. The particular documents filed under seal here are confidential because they contain the names and identifying information of persons who are not parties to this case, protected health information, and confidential business information belonging to NPAS. Accordingly, the documents are properly sealed under Local Rule 5.7.

WHEREFORE, the Court should grant the motion to seal.

Dated:  January 27, 2017                    Respectfully submitted:

                                            MOSS & BARNETT
                                            s/ John P. Boyle
                                            John P. Boyle (MN Bar #186946)*
                                            150 South Fifth Street, Suite 1200
                                            Minneapolis, MN 55402
                                            Telephone: (612) 877-5253
                                            Fax:  (612) 877-5018
                                            E-Mail:  John.Boyle@lawmoss.com
                                            *Admitted *pro hac vice*

                                            CORS & BASSETT, LLC
                                            Kevin R. Feazell (#0059634)
                                            537 East Pete Rose Way, Suite 400
                                            Cincinnati, OH 45202-3578
                                            Telephone:  513-852-8200
                                            Fax:  513-852-8222
                                            E-Mail:  krf@corsbassett.com

                                            DRESSMAN BENZINGER LaVELLE PSC
                                            Kent Wicker (#0082926)
                                            2100 Waterfront Plaza
                                            321 West Main Street
                                            Louisville, Kentucky 40202
                                            Telephone: (502) 572-2500
                                            Fax:  (502) 572-2503
                                            E-mail:  kwicker@dbllaw.com

                                            **Attorneys for Defendant NPAS, Inc.**

## <u>CERTIFICATE OF SERVICE VIA ECF</u>

The undersigned certifies that foregoing Defendant's Appeal of Magistrate Judge's Order

was served on the following parties, via electronic case filing, on January 27, 2017, properly

addressed as follows:

FOR PLAINTIFF:

Zachary L. Taylor, Esq.
9900 Corporate Campus Drive, Suite 3000
Louisville, KY 40223
ztaylor@taylorlawcenter.com

Nina B. Couch, Esq.
Couch Law, PLLC
2815 Taylorsville Road, Suite 101
Louisville, KY 40205
couchlawpllc@gmail.com

s/ John P. Boyle
John P. Boyle
