UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| ELLA J. FAUSZ, individually, and on behalf of a class of similarly situated persons,<br><br>      Plaintiffs,<br>v.<br><br>NPAS, INC.<br><br>      Defendant. | Cause No. 3:15-cv-00145-CRS-DW |

_____

**ATTORNEY FEE APPLICATION AND
DECLARATION OF ZACHARY L. TAYLOR**
_____

In obedience to the Court's order of January 13, 2017, and in support of the Plaintiff's application for attorney's fees and costs, counsel for the Plaintiff, based on personal knowledge, states and declares as follows:

    1.    I am the lead attorney for the Plaintiff and the putative class of similarly-situated persons in this action.

    2.    Nina Couch jointly represents the Plaintiff and the putative class.

    3.    Nina Couch and I provided all of the professional legal services for which we are seeking payment from NPAS, Inc., under the Court's Order entered on January 13, 2017.

    4.    I graduated with honors from the University of Louisville Brandeis School of Law in 2008. I am admitted to practice law in the Commonwealth of Kentucky. I am in good standing in all courts in which I am admitted to practice, and I have never been disciplined or sanctioned by any court.

5.     Nina Couch graduated from the University of Louisville Brandeis School of Law in 2013, *magna cum laude*. She is admitted to practice law in the Commonwealth of Kentucky. She is in good standing in all courts in which she is admitted to practice, and she has never been disciplined or sanctioned by any court.

6.     Nina Couch and I each regularly charge $250 per hour for professional legal services.

7.     My regular and usual practice, as well as that of Nina Couch, is to contemporaneously record time spent working on a case in one-tenth of hour increments, on a case by case basis, with a brief description of work performed.

8.     According to our records, in prosecuting the motion for sanctions, Nina Couch and I spent at least 37.2 hours. The legal services included legal research, assessment of the facts analysis of the law, review of deposition transcripts, pleadings, discovery responses, notes, and other records, fact-checking, and drafting, revising, and proofreading the motion for sanctions and the reply, in the quantities and on the dates set forth below:

| DATE | ATTORNEY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 7/27/2016 | Nina Couch | Research remedies for discovery abuses | 3.4 | $850 |
| 8/1/2016 | Nina Couch | Motion for Sanctions | 2.0 | $500 |
| 8/11/2016 | Nina Couch | Motion for Sanctions | 5.1 | $1,275 |
| 8/11/2016 | Zachary L. Taylor | Motion for Sanctions | 2.7 | $675 |
| 8/12/2016 | Zachary L. Taylor | Motion for Sanctions | 6.4 | $1,600 |

| | | | | |
|---|---|---|---|---|
| 9/14/2016 | Nina Couch | Reply Brief | 5.2 | $1,300 |
| 9/15/2016 | Zachary L. Taylor | Reply Brief | 3.1 | $775 |
| 9/17/2016 | Nina Couch | Reply Brief | 4.2 | $1,050 |
| 9/19/2016 | Zachary L. Taylor | Reply Brief | 5.5 | $1,375 |
| | | **TOTALS** | 37.6 | $9,400 |

9. The hourly rates of counsel are reasonable and consistent with hourly rates charged by other attorneys and legal professionals in Louisville, Kentucky with similar experience and expertise.

I, Zachary L. Taylor, declare under penalty of perjury under the laws of the United States that the above statements are true and correct, to the best of my knowledge, information, and belief, on this the 1st day of February, 2017.

/s/ *Zachary L. Taylor*
Zachary L. Taylor

3

Based on the foregoing, the Plaintiff, by counsel, requests an award of attorney's fees of $9,400 incurred in prosecuting the motion for sanctions.

Respectfully submitted,

TAYLOR COUCH, PLLC

*/s/ Zachary L. Taylor*
Zachary L. Taylor
Nina Couch
2815 Taylorsville Road, Suite 101
Louisville, Kentucky 40205
Phone | Fax: (502) 822-2500
ztaylor@taylorlawcenter.com
couchlawpllc@gmail.com

## CERTIFICATE OF SERVICE

It is hereby certified a true and correct copy hereof will be electronically transmitted to all counsel of record on this the 1st day of February 2017 via the Court′s ECF/CM filing system.

*/s/ Zachary L. Taylor*

4