UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| ELLA J. FAUSZ, individually, and on behalf of a class of similarly situated persons,<br><br>　　　　Plaintiffs,<br>　v.<br><br>NPAS, INC.<br><br>　　　　Defendant. | Cause No. 3:15-cv-00145-CRS-DW |

**MOTION FOR LEAVE TO FILE RESPONSE
TO DEFENDANT'S OBJECTION**

　　　　Pursuant to CR 72, the Plaintiff, Ella Fausz, individually, and on behalf of similarly situated persons, by counsel, moves the Court for leave to file a response to Defendant's Partial Objection to the Magistrate's Order (**DN 62**).

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　TAYLOR COUCH PLLC

　　　　　　　　　　　　　　　　　　　　　*/s/ Nina Couch*
　　　　　　　　　　　　　　　　　　　　　NINA COUCH
　　　　　　　　　　　　　　　　　　　　　2815 Taylorsville Road, Suite 101
　　　　　　　　　　　　　　　　　　　　　Louisville, Kentucky 40205
　　　　　　　　　　　　　　　　　　　　　Phone: (502) 550-4933
　　　　　　　　　　　　　　　　　　　　　couchlawpllc@gmail.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

It is hereby certified a true and correct copy hereof will be sent electronically via the Court's ECF/CM system to all counsel of record on this the 7th day of February, 2017.

*/s/ Nina Couch*
NINA COUCH