UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ELLA J. FAUSZ, individually,
and on behalf of a class of similarly situated persons                                 PLAINTIFFS

v.                                                        CIVIL ACTION NO. 3:15-cv-00145-CRS-DW

NPAS, Inc.                                                                                           DEFENDANT

## Order

For the reasons set forth in the memorandum opinion and the Court being otherwise sufficiently advised, the motion of Defendant NPAS, Inc. ("NPAS") for summary judgment under Federal Rule of Civil Procedure 56(a) is **GRANTED** for Count I of the complaint and **DENIED** for Count II of the complaint. NPAS's motion for a hearing and oral argument on the issues that are raised in its motion for summary judgment is also **DENIED**. The Court **REFERS** the matter to Magistrate Judge Dave Whalin for scheduling.

February 21, 2017

                                                 **Charles R. Simpson III, Senior Judge**
                                                   **United States District Court**